IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01275-MSK-BNB

GOODWILL INDUSTRIAL SERVICES CORPORATION, a Colorado nonprofit organization,

    Plaintiff,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States Government,
COLORADO DIVISION OF VOCATIONAL REHABILITATION, a Colorado governmental agency,
KEVAN WORLEY, an individual,
BLACKSTONE CONSULTING, INC., a California corporation,
SERVICESOURCE, INC., a Virginia nonprofit corporation, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER SETTING HEARING**

---

THIS MATTER is before the Court pursuant to the Plaintiff's Motion for Preliminary Injunction **(# 2)**. The Court will hear this motion at a 15-minute, non-evidentiary hearing on **Friday, July 22, 2005** at **9:00 a.m.**

Dated this 15th day of July, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge