IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01275-MSK-BNB

GOODWILL INDUSTRIAL SERVICES CORPORATION, a Colorado nonprofit organization,

        Plaintiff,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY DISABLED, an agency of the United States Government,
COLORADO DIVISION OF VOCATIONAL REHABILITATION, A Colorado governmental agency,
KEVAN WORLEY, an individual
BLACKSTONE CONSULTING, INC., a California corporation,
SERVICESOURCE, INC., a Virginia nonprofit corporation, and
THE UNITED STATES OF AMERICA,

        Defendants.

---

### SERVICESOURCE, INC.'S RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

---

ServiceSource, Inc. ("ServiceSource"), by and through the undersigned counsel, hereby files its Response In Opposition To Plaintiff's Motion For Preliminary Injunction filed July 11, 2005 ("Motion") and, in support thereof, states as follows:

I.

**FED. R. CIV. P. 7.1(a) DISCLOSURE STATEMENT**

ServiceSource is a non-profit corporation and does not issue stock. Therefore, there is no corporation which owns 10% or more of its stock.

II.

**RESPONSE**

The Complaint objects to the actions of the Committee in issuing the "Notice of Change to Procurement List – Transfer of Responsibility," and the Motion seeks a preliminary injunction restraining the Committee from purporting to cancel or otherwise interfere with Goodwill's Subcontract Agreement. Motion, p.p. 1-2. The Complaint does not state an affirmative claim against ServiceSource, and the Motion does not seek any relief against ServiceSource. Rather, ServiceSource is named as a potentially-interested party because it has been designated as the replacement subcontractor for food service activities at Fort Carson, Colorado and may be affected by the outcome of this action.

On July 20, 2005, the United States defendants filed an extensive response to the Motion, raising jurisdictional issues and contesting Plaintiff's request for a preliminary injunction on the merits. The jurisdictional issues based on sovereign immunity do not apply to ServiceSource, but ServiceSource concurs in the United States' opposition to the preliminary injunction for the reasons stated therein and adopts those statements by

reference.[1] Accordingly, ServiceSource respectfully requests that the Court deny Plaintiff's Motion For Preliminary Injunction.

Dated this 21st day of July, 2005.

          /s/Joel W. Cantrick
Joel W. Cantrick
Ducker, Montgomery, Aronstein & Bess, P.C.
1560 Broadway, Suite 1400
Denver, CO  80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
E-mail: jcantrick@duckerlaw.com
Attorney for Defendant ServiceSource, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2005, I electronically filed the foregoing **SERVICESOURCE, INC.'S RESPONSE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

egleason@rothgerber.com
Edward A. Gleason
Rothgerber Johnson & Lyons LLP
90 South Cascade, Suite 1100
Colorado Springs, CO  80903
*Counsel for Plaintiff Goodwill Industrial Services Corporation*

---

[1] In addition, ServiceSource is prepared to supplement this response to the extent that the Court may wish a proffer of evidence from ServiceSource and legal argument in relation thereto. See this Court's Practice Standards for Civil Actions, §V.J.3.

amanda.rocque@usdoj.gov
michael.johnson2@udoj.gov
Amanda Rocque
Michael Johnson
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO  80202
For Acting United States Attorney
William J. Leone
*Counsel for Defendants United States of America and Committee for Purchase from People Who are Blind or Severely Disabled*

and I hereby certify that I have mailed and served the same via United States mail and email to:

slabarre@labarrelaw.com
Scott LaBarre, Esq.
Labarre Law Offices
1660 S. Albion, Suite 918
Denver, CO  80222
*Counsel for Blackstone Consulting, Inc., and Kevan Worley*

david.cheval@state.co.us
David Cheval, Esq.
Office of the Attorney General
        For the State of Colorado
1525 Sherman Street, 5th Floor
Denver, CO  80203
*Counsel for Colorado Division of Vocational Rehabilitation*

        /s/Joel W. Cantrick
Joel W. Cantrick
Attorney for Defendant ServiceSource, Inc.
Ducker, Montgomery, Aronstein & Bess, P.C.
1560 Broadway, Suite 1400
Denver, CO  80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
E-mail: jcantrick@duckerlaw.com