## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1275-MSK-BNB

GOODWILL INDUSTRIAL SERVICES CORPORATION,
a Colorado nonprofit corporation,
    Plaintiff,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE
WHO ARE BLIND OR SEVERELY DISABLED,
an agency of the United States Government;
COLORADO DIVISION OF VOCATIONAL REHABILITATION,
a Colorado governmental agency;
KEVAN WORLEY, an individual;
BLACKSTONE CONSULTING, INC., a California corporation;
SERVICESOURCE, INC., a Virginia nonprofit corporation; and
THE UNITED STATES OF AMERICA,
    Defendants.

_____

### ORDER STRIKING RETURN OF SERVICE (# 8)
_____

THIS MATTER is before the Court pursuant to Plaintiff's Motion to Strike Return of Service (# 8). The Court **grants** the Motion, and Document #8 is stricken from the Court's record.

DATED this 21st of July, 2005.

                        **BY THE COURT:**

                        *Marcia S. Krieger*
                        _____

                        Marcia S. Krieger
                        United States District Judge