IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01275-MSK-BNB

GOODWILL INDUSTRIAL SERVICES CORPORATION, a Colorado nonprofit organization,

    Plaintiff,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY
DISABLED, an agency of the United States Government,
COLORADO DIVISION OF VOCATIONAL REHABILITATION,
a Colorado governmental agency,
KEVAN WORLEY, an individual,
BLACKSTONE CONSULTING, INC., a California corporation,
SERVICESOURCE, INC., a Virginia nonprofit corporation, and
THE UNITED STATES OF AMERICA,

    Defendants.

---

## ORDER RE: AMENDED STIPULATED MOTION FOR TWENTY DAY EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

---

It is hereby ORDERED that the Amended Stipulated Motion for Twenty Day Extension of Time to Respond to the First Amended Complaint for Declaratory and Injunctive Relief (the "Amended Stipulated Motion") submitted by ServiceSource, Inc., ("ServiceSource") and Goodwill Industrial Services Corporation ("Goodwill") is GRANTED. Defendant ServiceSource is granted a twenty-day extension of time, from August 8, 2005 to and including August 28, 2005, to file a response to the First Amended Complaint for Declaratory and Injunctive Relief (the "Amended

Complaint").

DATED this 15th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge