IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01275-MSK-BNB

GOODWILL INDUSTRIAL SERVICES CORPORATION, a Colorado nonprofit organization,

    Plaintiff,

v.

COMMITTEE FOR PURCHASE FROM PEOPLE WHO ARE BLIND OR SEVERELY
DISABLED, an agency of the United States Government,
COLORADO DIVISION OF VOCATIONAL REHABILITATION,
a Colorado governmental agency,
KEVAN WORLEY, an individual,
BLACKSTONE CONSULTING, INC., a California corporation,
SERVICESOURCE, INC., a Virginia nonprofit corporation, and
THE UNITED STATES OF AMERICA,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

THIS MATTER is before the Court pursuant to Plaintiff's Amended Motion to Dismiss

Without Prejudice filed August 16, 2005. The Court has reviewed the Motion and the

defendants' responses to the Motion, and is fully advised in the premises. Based thereon, the

Court **GRANTS** the Motion and denies all other pending motions.

It is therefore ordered that this civil action shall be dismissed, without prejudice, pursuant

to Fed. R. Civ. P. 41(a)(2).  Each party shall pay his or its own costs and attorney fees.

DATED this 17th day of August, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge